| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>MARIA GONZALEZ DE LA TORRE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0094 OWW |
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO ADVANCE STATUS |
| v. | ) | CONFERENCE; AND PROPOSED ORDER |
| | ) | THEREON |
| MARIA GONZALEZ DE LA TORRE, | ) | |
| | ) | Date:  July 13, 2009 |
| *Defendant.* | ) | Time:  9:00 a.m. |
| | ) | Judge: Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the change of plea/status conference hearing in the above captioned matter now scheduled for August 3, 2009, **may be advanced to July 13, 2009 at 9:00 a.m. .**

This request is made by counsel for Defendant because defendant would like to enter her plea as soon as possible.


Dated: July 2, 2009                                          LAWRENCE G. BROWN
                                                             Acting United States Attorney


                                                      By:    /s/ Susan Phan
                                                             SUSAN PHAN
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

| | |
|---|---|
| Dated: July 2, 2009 | DANIEL J. BRODERICK<br>Federal Defender<br><br>By:    /s/ Charles J. Lee<br>         CHARLES J. LEE<br>         Assistant Federal Defender<br>         Attorney for Defendant<br>         Maria Gonzalez De La Torre |

## ORDER

**IT IS SO ORDERED**. The status conference hearing in the above-referenced matter for defendant Maria Gonzalez De La Torre now set for August 3, 2008, **is hereby advanced to July 13, 2009, at 9:00 A.M. and reset for status conference/change of plea.**

IT IS SO ORDERED.

**Dated:    July 2, 2009**              /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE